**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR 09-667-PHX-JAT |
| ) | CV 11-0648-PHX-JAT |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Andrew Beltran, ) | |
| ) | |
| Defendant. ) | |
| ) | |

To cure the procedural defects in the December 15, 2011 Order,

IT IS ORDERED that the Clerk of the Court shall file a copy of this Order in both case numbers listed above.

IT IS FURTHER ORDERED that the December 15, 2011 Order (Doc. 23 in CV 11-648 and Doc. 65 in CR 09-667) is vacated as is the corresponding judgment (Doc. 24 in CV 11-648).

IT IS FURTHER ORDERED that the Report and Recommendation (Doc. 16 in CV 11-648) is accepted and adopted; the motion to vacate sentence is granted as specified below, and the Clerk of the Court shall enter judgment granting the motion in CV 11-648.

IT IS FURTHER ORDERED that as a result of the Court accepting the Report and Recommendation, which recommended the Judgment in CR 09-667 at Doc. 35 be vacated, the Judgment is vacated and CR 09-667 is re-opened.

IT IS FURTHER ORDERED that the Government's motion to dismiss the indictment

1  in CR 09-667 (Doc. 64), without prejudice, is granted; the indictment is dismissed, without
2  prejudice. As a result of this Order, the Clerk of the Court shall close the criminal case.
3     IT IS FURTHER ORDERED that Beltran be released from custody, if applicable.
4     IT IS FINALLY ORDERED that, given that the Report and Recommendation found
5  that counsel's legal advice was objectively unreasonable, and had been so under controlling
6  Ninth Circuit precedent since 2005, the Court will forward a copy of this Order and the
7  Report and Recommendation to the Arizona State Bar for a determination of whether Jerry
8  Hernandez's representation of Mr. Beltran violated the duty of competence.
9     DATED this 11th day of January, 2012.

James A. Teilborg
United States District Judge